HAMBURG, KARIC, EDWARDS & MARTIN LLP
GREGG A. MARTIN, ESQ., State Bar No. 135685
1900 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-4409
Telephone: (310) 552-9292
Facsimile: (310) 552-9291

Attorney for Lien Claimant, HAMBURG,
KARIC, EDWARDS & MARTIN LLP, a
Limited Liability Partnership

FILED
2013 JUN 13 PM 3:33
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLE GROUP, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT D. MANNING; NEWTONIAN FINANCES, LTD.; CREDITWISE OF AMERICA, INC.; ANITA BUTERA; CHARLES BALDO DBA GLOBAL WEB WINDOWS; THOMAS UPCHURCH; ANDREW MOHR; EDWARD KOZIOL; and DOES 1 though 10, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-03754-PA (VBK)<br>[Assigned to: Judge Percy Anderson<br>Referred to: Magistrate Judge Victor B. Kenton]<br><br>LASC CASE NO. BC505715<br>[Hon. Kevin C. Brazile, Dept. 20]<br><br>Complaint filed: April 11, 2013<br>Removal filed: May 24, 2013<br><br>**NOTICE OF LIEN** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Hamburg, Karic, Edwards & Martin LLP has a contractual lien on and against the interest of Cole Group, Inc. ("CGI") in any settlement, judgment or other monetary disposition payable to CGI in the above-entitled action. The Lien is in the amount of $90,732.80 as of July 30, 2012 plus interest thereon at the rate of 10% per annum, plus late fees at the rate of $1.5% per month from and after said date. This Lien is imposed against any payments

- 1 -
**NOTICE OF LIEN**

ORIGINAL

1 | hereafter paid or payable to CGI (based upon applicable provisions of the
2 | California Civil Code) in any settlement, Judgment or other monetary disposition in
3 | the above-entitled action.

4 | DATED: June 12, 2013          HAMBURG, KARIC, EDWARDS & MARTIN LLP

6 | By: _____
7 | GREGG A. MARTIN, ESQ.
   | Attorney for Lien Claimant,
   | HAMBURG, KARIC, EDWARDS &
8 | MARTIN LLP

- 2 -
**NOTICE OF LIEN**

PRINTED ON RECYCLED PAPER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Avenue of the Stars, Suite 1800, Los Angeles, California 90067-4409.

On June 13, 2013, I served the foregoing document described as **NOTICE OF LIEN** on all interested parties:

Frank Albert Conner
Wordes Wilshin and Conner
20151 S W Birch, Suite 175
Newport Beach, CA 92660
Email: faconner@wwgc.com

Brent R Phillips
Phillips Law Corporation
2522 Chambers Road Suite 100
Tustin, CA 92780
Email: bphillips@phillipslawcorporation.com

BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on June 13, 2013, at Los Angeles, California.

[X]   (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

E. STOVER